UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| RC3, INC.,<br>    Plaintiff,<br><br>v.<br><br>JUSTIN BIEBER,<br>    Defendant. | )<br>)<br>)<br>)  Civil Action No.: 3:12-cv-193-J-37TEM<br>)<br>)<br>)<br>) |

## DECLARATION OF PRESIDENT OF RC3, INC.

I, ROBB CHAMBERLAIN, DECLARE AS FOLLOWS:

1. I am over the age of 18 and of sound mind.

2. I am president of a company named RC3, Inc. that is based out of Jacksonville, Florida.

3. The Company RC3, Inc. created a video application entitled "Joustin' Beaver."

4. On 2/9/2012, I received a Cease and Desist Letter from attorneys for Justin Bieber.

5. Throughout February 2012, I had multiple conversations with attorneys for Justin Bieber.

6. During each conversation, I was informed that if I did not remove the application from ITunes and the Android Marketplace that Justin Bieber's attorneys would take legal action against the company.

7. On 2/13/2012, Apple ITunes contacted me and informed me that attorneys for Justin Bieber had contacted them demanding that the video application, "Joustin' Beaver" be removed as it was infringing Justin Bieber's intellectual property rights. ("Decl. Exhibit A").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of June, 2012 in Jacksonville, Duval County, Florida.

_____
Robb Chamberlain

**From:** App Store Notices <appstorenotices@apple.com>
**Date:** February 29, 2012 4:34:22 PM EST
**To:** robb@rc3.com
**Subject: Apple Inc. (our ref# APP18064)**

Dear Robb,

Thank you for confirming that you are communicating directly with Justin Bieber to resolve this matter. Please keep us apprised of your progress.

Sincerely,

Amy

☐ iTunes Legal | Apple | 1 Infinite Loop | Cupertino | CA | 95014 | AppStoreNotices@apple.com
The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege. If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems. The use of the sender's name in this message is not intended as an electronic signature under any applicable law. Thank you.


Begin forwarded message:


On Feb 13, 2012, at 5:42 PM, App Store Notices wrote:


Dear Robb,

**Please include APP18064 in the subject line of any future correspondence on this matter.**

On 2/13/2012, we received a notice from Justin Bieber that Justin Bieber believes your application named "Joustin' Beaver" infringes Justin Bieber's intellectual property rights. In particular, Justin Bieber believes you are infringing their copyright.

You can reach Justin Bieber through Todd Mumford (phone: 310.231.0848,
email: tmumford@mymangreenspan.com). Please exchange correspondence directly with Justin Bieber.

We look forward to receiving written assurance that your application does not infringe Justin Bieber's rights, or that you are taking steps to promptly resolve the matter. Written assurance may include confirmation that your application does not infringe Justin Bieber's rights, an express authorization from Justin Bieber, or other evidence acceptable to Apple.

Under our terms of agreement, Apple may remove your application from the App Store at any time. You may remove your application using the steps provided below, for example, while you make any necessary changes to your application.

Visit iTunes Connect at http://itunesconnect.apple.com

1) Access your app in the Manage Your Applications module.
2) Click on the "Rights and Pricing" button from the App Summary Page.
3) Click on the "Deselect All" button to uncheck all App Store territories.
4) Click on the "Save Changes" button.

*Dec. EXHIBIT A*

We look forward to receiving confirmation from you within 5 days.

Thank you for your immediate attention.

Jenny

☐ iTunes Legal | Apple | 1 Infinite Loop | Cupertino | CA | 95014 | AppStoreNotices@apple.com
The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege. If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems. The use of the sender's name in this message is not intended as an electronic signature under any applicable law. Thank you.

Begin forwarded message:

**From:** Todd Mumford <tmumford@mymangreenspan.com>
**Date:** February 13, 2012 10:08:52 AM PST
**Subject: RE: "Joustin Beaver" App**

Hello,

This firm represents Justin Bieber. We have been informed that an iPhone/iPad app titled "Joustin' Beaver" that utilizes our client's name/image/likeness and celebrity has been released in the iTunes store. Our client has not given permission to the developer to create this app or utilize our client's name/image/likeness or renown celebrity to publicize the app.

The app can be found here: http://itunes.apple.com/us/app/joustin-beaver/id436128724?mt=8 ;

The developer site is here: http://rc3.com/blog/

We believe the app violates our client's right of publicity and constitutes and unauthorized appropriation of our client's name/image/likeness for commercial gain.

We would like the app removed from the iTunes store immediately while we pursue our client's remedies with the developer.

Please feel free to contact me if you have any questions.

Best,

**Todd Mumford**
*myman greenspan fineman fox rosenberg & light llp*
310-231-0848
*******************************************************************************
*Information contained in this email transmission is privileged and confidential.*
*If you are not the intended recipient, please do not read, distribute or reproduce*
*this transmission. If you have received this email transmission in error, please*
*notify us by email and permanently delete any copies in your possession.*